679 A.2d 225

Steven M. TAKES and Catherine C.
Takes, His Wife, Petitioners,

v.

METROPOLITAN EDISON COMPANY, a Corporation,

v.

Steven M. TAKES d/b/a El Greco Painting
Company, Respondent.

Supreme Court of Pennsylvania.

July 15, 1996.

## ORDER

PER CURIAM:

AND NOW, this 15th day of July, 1996, the Petition for Allowance of Appeal is hereby GRANTED, BUT LIMITED to the following:

Whether the Superior Court erred in affirming the trial court finding that Respondent timely objected to the flawed punitive damage charge?